NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRACEY M. COLE,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2023-1203

---

Petition for review of the Merit Systems Protection Board in No. DA-0845-22-0108-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the court's February 1, 2023, order and the court not having received a motion for an extension of time,

IT IS ORDERED THAT:

(1) Tracey M. Cole's motion to dismiss her petition, ECF No. 4, is granted.

2                                                              COLE v. OPM

(2)  The petition for review is dismissed.

(3)  Each side to bear its own costs.

FOR THE COURT

March 8, 2023                          /s/ Peter R. Marksteiner
      Date                             Peter R. Marksteiner
                                       Clerk of Court

ISSUED AS A MANDATE:  March 8, 2023